UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PHG TECHNOLOGIES, LLC,           ) | |
|                                  ) | |
|        Plaintiff,                ) | |
|                                  ) | |
| v.                               ) | |
|                                  ) | No. 3:05-1091 |
| TIMEMED LABELING SYSTEMS, INC.,  ) | Judge Echols |
| LASERBAND LLC, and               ) | |
| HOLDEN GRAPHIC SERVICES,         ) | |
|                                  ) | |
|        Defendants.               ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendant Laserband LLC's Motion to Correct Inventorship and Dismiss Patent Infringement Counts (Docket Entry No. 47) is hereby DENIED.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE