```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

PHG TECHNOLOGIES, LLC,            )
                                  )
        Plaintiff,                )
                                  )
v.                                ) No. 3:05-1091
                                  ) JUDGE ECHOLS
TIMEMED LABELING SYSTEMS, INC.,   )
LASERBAND LLC, and                )
HOLDEN GRAPHIC SERVICES,          )
                                  )
        Defendants.               )

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Defendant LaserBand LLC's Motion to Join TimeMed's Motion for Summary Judgment of Patent Invalidity Under 35 U.S.C. § 102(b) (Docket Entry No. 118) is hereby GRANTED.

(2) Plaintiff's Motion to File Amended Response in Opposition to First Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 102(b) (Docket Entry No. 134) is hereby GRANTED.

(3) The Motion for Leave to File Sur-Reply of PHG Technologies, LLC to TimeMed Labeling Systems, Inc.'s Reply Brief in Support of TimeMed Labeling Systems, Inc.'s Motion for Summary Judgment of Patent Invalidity Under 35 U.S.C. § 102(b) (Docket Entry No. 153) is hereby GRANTED. The Clerk is directed to give the Sur-Reply attached to the Motion, and its attached exhibit, a separate Docket Entry number.

(4) Defendant TimeMed Labeling Systems, Inc.'s Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 102(b) (Docket Entry No. 87), in which Defendant LaserBand LLC joined, is hereby DENIED.

(5) Plaintiff PHG Technologies, LLC's Motion for Leave to File Reply in Support of Request to Take Judicial Notice (Docket Entry No. 156) is hereby GRANTED.

(6) Plaintiff PHG Technologies, LLC's Request to Take Judicial Notice (Docket Entry No. 135) is hereby DENIED.

(7) Plaintiff PHG Technologies, LLC's Motion for Preliminary Injunction (Docket Entry No. 35) is hereby GRANTED.

(8) Pursuant to Federal Rule of Civil Procedure 65, Defendants TimeMed Labeling Systems, Inc. and LaserBand LLC, and their officers, agents, servants, employees and attorneys are hereby preliminarily enjoined and restrained from making, using, offering to sell, selling or importing into the United States a medical label sheet with an appearance similar to the design claimed in Plaintiff PHG Technologies, LLC's design patents, U.S. Patent Des. No. 496,405 S and U.S. Patent Des. No. 503,197 S.

(9) This preliminary injunction applies to all persons, officers, agents, servants, employees, and attorneys acting in concert with or participating with Defendants TimeMed Labeling Systems, Inc. and LaserBand LLC, who receive actual notice of this Order by personal service or otherwise.

(10) Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiff PHG Technologies, LLC, shall file with the Clerk of this Court, **no later than Monday, October 2, 2006,** a surety bond in the amount of $400,000.00 in favor of Defendants TimeMed Labeling Systems, Inc., and LaserBand LLC, in such form as is acceptable to the Clerk of Court.

(11) This Order shall remain in effect during the pendency of this action and until further Order of this Court unless Plaintiff fails to file the surety bond as required in paragraph (10) above.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

<u>September 18, 2006, at 4:30 p.m.</u>
Date and Time

3

Case 3:05-cv-01091   Document 159   Filed 09/18/06   Page 3 of 3 PageID #: 2439